**Stanley Earl CORBETT, Jr.,**
**Plaintiff–Appellant,**

v.

**G.J. BRANKER; Lieutenant Shelton,**
**Defendants–Appellees.**

**No. 12–7705.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 22, 2013.

Decided Jan. 25, 2013.

Stanley Earl Corbett, Jr., Appellant Pro Se. Lisa Yvette Harper, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Earl Corbett, Jr., appeals the district court's order granting summary judgment to the defendants on his claims under 42 U.S.C. § 1983 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Corbett v. Branker*, No. 5:10–ct–03147–FL, 2012 WL 3839621 (E.D.N.C. Sept. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*